IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BOGART, LLC, )<br>)<br>*Plaintiff*, )<br>) Case No. 1:10-CV-1811-RWS<br>vs. )<br>)<br>)<br>ONE SOURCE PLUS, INC. (d/b/a )<br>ClubFurniture.com) and DOES 1 )<br>through 10, inclusive, )<br>)<br>*Defendants.* )<br>) | |

## ORDER

The parties have advised the Court the above case has settled. The parties are directed to file a stipulation of dismissal on or before January 28, 2011. The Court removes the case from its calendar and directs the Clerk to close the case administratively with the right of either party to reopen if the settlement is not concluded.

**SO ORDERED,** this _24th_ day of _November_, 2010.

_____
Richard W. Story
JUDGE, UNITED STATE DISTRICT COURT